# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: <br><br> SUBPOENAS ON THIRD PARTIES BOSTON CHILDREN'S HOSPITAL AND DR. ROBERT D'AMATO | Civil Action No. |
| CELGENE CORPORATION, <br><br> *Plaintiff*, <br><br> v. <br><br> HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, HETERO DRUGS LIMITED, HETERO USA, INC., AUROBINDO PHARMA LIMITED, AUROBINDO PHARMA USA, INC., AUROLIFE PHARMA LLC, EUGIA PHARMA SPECIALTIES LIMITED, APOTEX INC., APOTEX CORP., MYLAN PHARMACEUTICALS, INC., MYLAN INC., MYLAN, N.V., BRECKENRIDGE PHARMACEUTICAL, INC., and TEVA PHARMACEUTICALS USA, INC. <br><br> *Defendants*. | *Underlying action pending in U.S. District Court for the District of New Jersey* <br><br> Civil Action No. 2:17-cv-03387-ES-MAH (Consolidated) |

**DECLARATION OF KRISTINA CARY IN SUPPORT OF DEFENDANTS TEVA'S, AUROBINDO'S, AND APOTEX'S MOTION TO COMPEL <u>PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM</u>**

I, Kristina Cary, declare as follow:

1. I am an attorney with the law firm of Kirkland & Ellis LLP, counsel for Defendant Teva Pharmaceuticals USA, Inc. ("Teva") in the above-captioned matter.

2. I submit this Declaration in support of Defendants Teva's, Aurobindo's, and Apotex's Motion to Compel Production of Documents Pursuant to Subpoena Duces Tecum.

3. I have personal knowledge of the following facts and, if called to testify, I could and would testify competently to the matters stated herein.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the Discovery Confidentiality Order (ECF No. 152) entered in C.A. No. 2:17-cv-03387-ES-MAH ("*Celgene v. Hetero*").

5. Attached hereto as **Exhibit 2** is a true and correct copy of a press release dated August 1, 2000 bearing bates number DEFS_POM_00003851.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a press release dated August 7, 2001 bearing bates numbers DEFS_POM_00003852-54.

7. Attached hereto as **Exhibit 4** is a true and correct copy of a press release dated November 13, 2002 bearing bates numbers DEFS_POM_00003838-41.

8. Attached hereto as **Exhibit 5** is a true and correct copy of an article entitled, Altman, D., FROM THALIDOMIDE TO POMALYST: BETTER LIVING THROUGH CHEMISTRY, available at *https://vector.childrenshospital.org/2013/04/from-thalidomide-to-pomalyst-better-living-through-chemistry* (last accessed Jan. 21, 2020).

9. Attached hereto as **Exhibit 6** is a true and correct copy of a press release dated November 20, 2002 bearing bates numbers DEFS_POM_00003855-56.

10. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of a Celgene Corporation Annual Report 2002 bearing bates numbers DEFS_POM_00002015; DEFS_POM_00002061-62.

11. Attached hereto as **Exhibit 8** is a true and correct copy of the Parties' Joint Rule 26(f) Report, ECF 23, C.A. No. 13-cv-11573-MLW (D. Mass Feb. 6, 2014).

12. Attached hereto as **Exhibit 9** is a true and correct copy of United States Patent No. 8,198,262, Ex. A to ECF No. 1, Complaint in *Celgene v. Hetero*.

13. Attached hereto as **Exhibit 10** is a true and correct copy of United States Patent No. 8,673,939, Ex. B to ECF No. 1, Complaint in *Celgene v. Hetero*.

14. Attached hereto as **Exhibit 11** is a true and correct copy of United States Patent No. 8,735,428, Ex. C to ECF No. 1, Complaint in *Celgene v. Hetero*.

15. Attached hereto as **Exhibit 12** is a true and correct copy of Scheduling Order dated January 8, 2020, ECF No. 578, in *Celgene v. Hetero*.

16. Attached hereto as **Exhibit 13** is a true and correct copy of a subpoena duces tecum issued to Dr. Robert D'Amato.

17. Attached hereto as **Exhibit 14** is a true and correct copy of a subpoena duces tecum issued to Boston Children's Hospital.

18. Attached hereto as **Exhibit 15** is a true and correct copy of Dr. Robert D'Amato's objections and responses to subpoena duces tecum.

19. Attached hereto as **Exhibit 16** is a true and correct copy of Boston Children's Hospital's objections and responses to subpoena duces tecum.

20. Attached hereto as **Exhibit 17** is a true and correct copy of a letter from L. Pirozzolo to M. McLennan dated Sept. 20, 2019.

21. Attached hereto as **Exhibit 18** is a true and correct copy of an email from R. Shrestha dated Jan. 6, 2020.

I, Kristina Cary, declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 22, 2020                                         /s/ Kristina R. Cary_____
                                                                                Kristina Cary

## CERTIFICATE OF SERVICE

The undersigned certifies that, on January 22, 2020, a true and accurate copy of DECLARATION OF KRISTINA CARY IN SUPPORT OF DEFENDANTS TEVA'S, AUROBINDO'S, AND APOTEX'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA DUCES TECUM was served on counsel for Non-Movants Lisa J. Pirozzolo of WilmerHale by hand delivery with a courtesy copy by email.

Dated: January 22, 2020                                /s/ Kristina R. Cary_____
                                                                    Kristina Cary